IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VERMEER EQUIPMENT OF TEXAS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-1166 (KAJ) |

### STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, Vermeer Equipment of Texas, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: 8/9, 2006

THE BAYARD FIRM

_____
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

WERB & SULLIVAN

_____
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone:   (302) 652-1100
Facsimile:    (302) 652-1111
Email:          bsullivan@werbsullivan.com
                    abrown@werbsullivan.com

- and -

BRACKETT & ELLIS, P.C.
B. Scot Pierce
Texas State Bar No. 24002773
100 Main Street
Fort Worth, TX 76102-3090
Telephone:   (817) 338-1700
Facsimile:    (817) 870-2265

Counsel for Vermeer Equipment of Texas, Inc.