## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 9th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
*Werb & Sullivan*
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801

B. Scot Pierce, Esquire
*Brackett & Ellis, P.C.*
100 Main Street
Fort Worth, TX 76102-3090

Mary E. Augustine (No. 4477)

625688v1

3